```
                                                    FILED
                                            CLERK, U.S. DISTRICT COURT

                                                  APR 24 2008

                                            CENTRAL DISTRICT OF CALIFORNIA
                                            BY                      DEPUTY
```

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| JACKIE OSBY,<br><br>   Petitioner,<br><br>  v.<br><br>J.F. SALAZAR, Warden,<br><br>   Respondent. | No. CV 07-4439-ODW (PLA)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: 4-23-08

              HONORABLE OTIS D. WRIGHT, II
              UNITED STATES DISTRICT JUDGE